# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPHINE TORRES, on behalf of herself and all others similar situated, **Plaintiff,** -v- KOHLBERG, KRAVIS, ROBERTS & CO L.P., a New York corporation, CONOPCO, INC., a New York Corporation, and UPFIELD US INC, a Delaware corporation. **Defendant.** | Case No._____ **Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

__Plaintiff Josephine Torres_____ (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

There are no such corporations.

**Date:** 06/30/2020                                   /s/ Alexander E. Barnett
                                                        **Signature of Attorney**

                                                        **Attorney Bar Code:** AB7292

Form Rule7_1.pdf   SDNY Web 10/2007