UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPHINE TORRES, on behalf herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KOHLBERG, KRAVIS, ROBERTS & CO L.P., a New York corporation, CONOPCO, INC., a New York corporation, and UPFIELD US INC., a Delaware corporation,<br><br>Defendants. | Case No. 1:20-cv-05025<br><br>**UPFIELD US INC. CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned, counsel of record for Upfield US Inc., states that Upfield US Inc. is a non-government corporate entity and an indirect wholly-owned subsidiary of Upfield Group B.V.  Shares of Upfield US Inc. are indirectly held by funds managed by Kohlberg Kravis Roberts & Co. L.P. ("KKR").

| | |
|---|---|
| Dated:  San Francisco, California<br>September 8, 2020 | MORRISON & FOERSTER LLP<br><br>By: /s/ Claudia M. Vetesi<br>   Claudia M. Vetesi<br>   425 Market Street<br>   San Francisco, CA 94105<br>   Telephone:  (415) 268-7000<br>   Facsimile:  (415) 276-7500<br>   Email:  cvetesi@mofo.com<br><br>*Counsel for Defendants Kohlberg Kravis Roberts & Co. L.P., Conopco, Inc., and Upfield US Inc.* |

sf-4333319