UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/25/2023
```

JOSEPHINE TORRES, *on behalf of all others similarly situated*,

                      Plaintiff,

-against-

KOHLBERG, KRAVIS, ROBERTS & CO L.P., CONOPCO, INC., and UPFIELD US INC.,

                      Defendants.

1:20-cv-05025 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

      IT IS HEREBY ORDERED that the parties shall appear for a status conference on June 1, 2023 at 11:00 a.m. The conference will be held in Courtroom 18C of 500 Pearl Street, New York, NY 10007.

**SO ORDERED.**

Date: May 25, 2023
      New York, NY

                                                  **MARY KAY VYSKOCIL**
                                                  **United States District Judge**