```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/8/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Josephine Torres, on behalf of herself and all others similarly situated,

                    Plaintiff,

-against-

Kohlberg, Kravis, Roberts & Co L.P. et al.,

                    Defendants.

1:20-cv-05025 (MKV) (SDA)

ORDER FOR
TELEPHONE CONFERENCE

**STEWART D. AARON, United States Magistrate Judge:**

    The parties are directed to appear for a telephone conference on Tuesday, September 12, 2023 at 11:30 a.m. to discuss the pending discovery disputes. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

Dated:    New York, New York
           September 8, 2023

_____
STEWART D. AARON
United States Magistrate Judge