USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/21/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Josephine Torres, on behalf of herself and all others similarly situated, | |
| Plaintiff, | 1:20-cv-05025 (MKV) (SDA) |
| -against- | ORDER |
| Upfield US Inc., | |
| Defendant. | |

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference with the parties, and for the reasons stated on the record, it is hereby Ordered as follows:

1. No later than September 25, 2023, Defendant shall produce responsive ESI documents for Mr. Gaudet for the period on or prior to June 30, 2020.

2. No later than September 27, 2023, Defendant shall produce responsive ESI documents for Mr. Bilotta and Mr. Orlando for the period on or prior to June 30, 2020.

3. No later than September 27, 2023, Defendant shall produce the reports reflecting the composition of the ICBINB Spray for the time period July 2020 to present; and the calculations, including specific fat and calorie information based on the product's composition, used to generate the nutrition information on the label for ICBINB Spray for the time period July 2020 to present.

The Court will enter a separate Order regarding scheduling.

**SO ORDERED.**

Dated:    New York, New York
          September 21, 2023

_____
STEWART D. AARON
United States Magistrate Judge