UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/4/2023
```

JOSEPHINE TORRES, *on behalf of all others similarly situated*,

                Plaintiff,

-against-

KOHLBERG, KRAVIS, ROBERTS & CO L.P., CONOPCO, INC., and UPFIELD US INC.,

                Defendants.

1:20-cv-05025 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

    The pending letter motion to seal [ECF No. 63] is GRANTED.  The pending letter motion for oral argument [ECF No. 76] is DENIED.

    The Clerk of Court is respectfully requested to terminate ECF Nos. 63 and 76.

**SO ORDERED.**

Date:  October 4, 2023
         New York, NY

*[signature: Mary Kay Vyskocil]*
**MARY KAY VYSKOCIL**
**United States District Judge**

1